UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LATOYA K. DUNN, ON BEHALF OF
K.D.

VERSUS

CAROLYN W. COLVING, ACTING
COMMISSIONER OF SOCIAL
SECURITY

CIVIL ACTION

NO. 13-408-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 11, 2015 (doc. no. 13) to which no objection has been filed.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the final decision of the Acting Commissioner of Social Security, Carolyn W. Colvin, denying the application for supplemental security income (SSI) benefits filed by Latoya K. Dunn on behalf of her daughter, K.D., is AFFIRMED and this action is DISMISSED.

Baton Rouge, Louisiana, this 21st day of March, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA